IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DOMINIC CERASARO | DOCKET NO. 3:21cr127-FDW<br><br>**BILL OF INFORMATION**<br><br>Violation:<br>18 U.S.C. § 2252A(a)(5)(B) |

THE UNITED STATES ATTORNEY CHARGES:

<u>COUNT ONE</u>
(Possession of Child Pornography)

From on or about February 12, 2020 through on or about April 5, 2020, in Mecklenburg County, within the Western District of North Carolina and elsewhere, the defendant,

**DOMINIC CERASARO,**

knowingly possessed, and accessed with intent to view, any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), that involved a prepubescent minor and a minor who had not attained 12 years of age, and that has been mailed, and shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

WILLIAM T. STETZER
ACTING UNITED STATES ATTORNEY

STEPHANIE L. SPAUGH
SPECIAL ASSISTANT UNITED STATES ATTORNEY