Revised AO 45 (WDNC - 3/07)

# NEW CRIMINAL CASE COVER SHEET        U. S. DISTRICT COURT

(To be used for **all** new Bills of Indictments and Bills of Information)

**CASE SEALED:** ○ YES ○ NO     **DOCKET NUMBER:** [ ]

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

**CASE NAME** : US vs [ ]

**COUNTY OF OFFENSE** : [ ]

**RELATED CASE INFORMATION** : [ ]

*Magistrate Judge Case Number* : [ ]

*Search Warrant Case Number* : [ ]

*Miscellaneous Case Number* : [ ]

*Rule 20b* : [ ]

**SERVICE OF PROCESS** : [ ]

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight):* ○ Petty ○ Misdemeanor ○ Felony

[ ]

**JUVENILE:** ○ Yes ○ No

**ASSISTANT U. S. ATTORNEY** : [ ]

**VICTIM/WITNESS COORDINATORS:** [ ]

[ ]

**INTERPRETER NEEDED** : [ ]

**LIST LANGUAGE AND/OR DIALECT:** [ ]

**REMARKS AND SPECIAL INSTRUCTIONS:** [ ]