# UNITED STATES DISTRICT COURT
### Western District of North Carolina

| | |
|---|---|
| UNITED STATES OF AMERICA <br> v. <br> Dominic Cerasaro <br> *Defendant* | Case No: 3:21-cr-00127-FDW-DCK |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: __June 1, 2021__

*Defendant's Signature*

*Signature of defendant's attorney (if any)*

David R. Lange
*Printed name of defendant's attorney (if any)*

David C. Keesler
United States Magistrate Judge